Andrew P. Holland/Bar No. 224737
aholland@thoits.com
Nathaniel H. Lipanovich/Bar No. 292283
nlipanovich@thoits.com
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

Anthony J. Hornbach (admitted *pro hac vice*)
tony.hornbach@thompsonhine.com
Thompson Hine LLP
312 Walnut Street, 14th Floor
Cincinnati, Ohio 45247
Telephone:  (513) 352-6721
Facsimile:  (513) 241-4771

**Attorneys for Plaintiff**
**OWC Santa Cruz Mfg LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWC SANTA CRUZ MFG LLC, | Case No.:   5:20-cv-05835-EJD |
| Plaintiff, | **PLAINTIFF OWC SANTA CRUZ MFG LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| MONTEREY STORAGE SOLUTIONS, LLC, et al. | **[LOCAL RULE 3-12]** |
| Defendants. | Judge: Hon. Edward J. Davila<br>Complaint Filed:  August 18, 2020<br>Trial Date:  Not Yet Assigned |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Northern District of California Civil Local Rule 3-12, OWC Santa Cruz MFG LLC ("OWC"), hereby files this Administrative Motion to Consider Whether Cases Should Be Related to notify the Court that the subsequently filed case of *OWC Santa Cruz MFG LLC v. Shakuntala Atre in her capacity as the Trustee of the Tushar Atre Trust dated December 16, 1999 [the "Trust"], Shakuntala Atre in her capacity as the Executor and Personal Representative of the Estate of Tushar Atre [the "Estate"], and Nisha Atre*, Case No. 5:21-cv-00549-VKD (the "*Atre et al.* case"), should be related to this case, *OWC Santa Cruz MFG LLC v. Monterey Storage Solutions, LLC et al.*, Case No. 5:20-cv-05835 (the "*MSS et al.* case").

On December 31, 2020, OWC filed a motion for leave to amend its complaint to add the Trust, Estate, and Nisha Atre as defendants in the *MSS et al.* case. Dkt. 50. Briefing on the motion was completed on January 19, 2021, and the Court took the motion under submission. Dkt. 52 at 4. Given the possibility that the statute of limitations to bring a claim against the Estate would run on January 24, 2021,[1] OWC filed the *Atre et al.* case on January 22, 2021. On January 25, 2021, the Court granted the motion for leave, and on January 28, 2021, OWC filed a Second Amended Complaint against Defendants. Dkt. 57. OWC met and conferred with Defendants on multiple occasions throughout the month of February 2021 in an attempt to reach a stipulation under which the *Atre et al.* case would be dismissed given the filing of the Second Amended Complaint in the *MSS et al.* case. Lipanovich Decl. ¶¶ 3-4. Defendants would not agree to a stipulation and stated that OWC should file a notice of related cases. *Id.*

Since the Second Amended Complaint was filed, and as discussed in the concurrently filed Motion to Dismiss For Lack Of Subject Matter Jurisdiction, OWC discovered there is not complete diversity between OWC and the Defendants in both cases, and thus the Court lacks subject matter jurisdiction. As a result, OWC seeks to dismiss both the *MSS et al.* and *Atre et al.* cases for lack of

---

[1] This date is calculated based on the October 26, 2020 date of signature on a creditor claim rejection. OWC reserves its right to challenge this date if necessary based on the filing and service of the rejection and any applicable tolling.

THOITS LAW
A PROFESSIONAL CORPORATION
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200

subject matter jurisdiction.  Given the overlap between the two complaints (same parties) and the same issue requiring dismissal of both cases (lack of subject matter jurisdiction), it will be more efficient for the motions in each case to be heard by the same judge.

OWC thus requests an order pursuant to Local Rule 3-12 relating the *Atre et al.* case to the *MSS et al.* case so that this Court can hear the Motions To Dismiss For Lack of Subject Matter Jurisdiction in both cases and then dismiss both cases.[2]

Dated:  March 2, 2021.

**THOITS LAW**

By:    */s/ Nathaniel Lipanovich*
**Andrew P. Holland**
**Nathaniel H. Lipanovich**
**Attorneys for Plaintiff**
**OWC Santa Cruz MFG LLC**

---

[2] All of the Defendants in the *Atre et al.* case are also defendants in the *MSS et al.* case, and thus they will receive notice via ECF of this filing.

150025.001/ 1516657v1    2
PLAINTIFF OWC SANTA CRUZ MFG LLC'S  ADMINISTRATIVE MOTION TO CONSIDER WHETER CASES SHOULD BE RELATED